# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GATX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-04790-AT |
| vs. | ) |
| | ) |
| GEORGIA POWER COMPANY | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ACKNOWLEDGMENT OF SERVICE

Defendant Georgia Power Company, by and through its undersigned counsel, hereby acknowledges service of the summons and complaint in the above-captioned proceeding. Defendant acknowledges that it is subject to personal jurisdiction and venue in the United States District Court for the Northern District of Georgia, and it waives any defense relating to the sufficiency or service of process. Service of process shall be deemed complete as of the date set forth below.

[signature on following page]

Respectfully submitted, this 31st day of October, 2019.

/s/ Thomas E. Reilly
  Thomas E. Reilly
  Georgia Bar No. 600195
  Katie L. Balthrop
  Georgia Bar No. 674304
  Troutman Sanders LLP
  600 Peachtree Street NE, Suite 3000
  Atlanta, Georgia 30308
  Tel: (404) 885-3000
  tom.reilly@troutman.com

*Counsel for Defendant Georgia Power Company*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 31st day of October, 2019.

*/s/ James W. Cobb*
James W. Cobb
Georgia Bar No. 420133
jcobb@caplancobb.com

*Counsel for Plaintiff*