

James W. Cobb
Direct Phone: 404.596.5601
jcobb@caplancobb.com

November 13, 2019

**BY CM/ECF**

Honorable Amy Totenberg
Attn: Courtroom Deputy
2388 US Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

**Re:   Leave of Absence for James W. Cobb**
***GATX Corporation v. Georgia Power Company***
**U.S. District Court, NDGA; CAFN. 1:19-cv-04790-AT**

Dear Courtroom Deputy:

I am counsel for Plaintiff GATX Corporation in the above-referenced civil action.  Pursuant to Local Rule 83.1(E)(3), I am hereby requesting a leave of absence to tend to personal and/or business matters.  The period of time during which I intend to be away from the practice of law is as follows:

- December 4, 2019 – December 6, 2019
- February 17, 2020 – February 21, 2020
- April 6, 2020 – April 10, 2020
- June 8, 2020 – June 12, 2020
- September 21, 2020 – September 25, 2020
- November 23, 2020 – November 27, 2020
- December 21, 2020 – January 8, 2021

I respectfully request that no hearings, trials, conferences or other appearances be calendared during this time frame.

Thank you for your consideration of this matter.

Best regards.

CAPLAN | COBB

Honorable Amy Totenberg
Attn: Courtroom Deputy
November 13, 2019
Page 2 of 2

Very truly yours,

/s/ James W. Cobb
James W. Cobb

JWC/terb
cc:     Counsel of Record (*by CM/ECF only*)