IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GATX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:19-cv-04790-AT |
| v. | ) |
| | ) |
| GEORGIA POWER CO., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 16(b)(4), hereby move to revise the Court's January 10, 2020 Scheduling Order [Dkt. 17] (as modified by the Court's March 17, 2020 Order and Notice for All Civil Cases Assigned to Docket of Judge Totenberg [Dkt. 22], and the Court's December 4, 2020 Amended Scheduling Order [Dkt. 39]).

The Court's December 4, 2020 Amended Scheduling Order provided: "Absent exceptional circumstances, **NO FURTHER EXTENSIONS SHALL BE GRANTED.**" [ECF No. 39] (emphasis in original). Therefore, in support of this Motion, the parties outline for the Court the following exceptional circumstances and the parties' efforts to diligently pursue discovery.

As directed by the Court, since the parties' March 9, 2021 Consolidated/Joint Discovery Statement [ECF No. 46] ("Statement") and discovery conference with the Court on March 15, 2021 ("Conference"), the parties have worked to resolve outstanding discovery issues raised in the Statement and Conference. In particular, the parties have been working on the transfer of documents and electronically stored data related to the Finite Element Analysis ("FEA") modeling. (Statement at 6-7; Conference Transcript 32:1-36:21). Following several supplemental productions, and a series of technical obstacles due to the size of the data involved, the production of the FEA data was successfully completed on April 6, 2021. As discussed at the Statement and Conference, the FEA is a complex algorithmic computer analysis derived from a series of native files that requires special software to access and use. (Statement at 6-7). An extension of the current schedule is necessary to allow Defendant to analyze the recently produced documents and files, reschedule the deposition of GATX engineer Gabriel Buzas to permit time for such analysis, and provide expert witnesses with sufficient opportunity to consider this discovery and incorporate it into their reports and opinions as necessary. [1]

---

[1] Other than GATX's responses to Defendant's final written discovery requests currently due on April 19, 2021, GATX believes that its production is complete. Georgia Power believes that additional supplementation is required based on the deposition of GATX's corporate representative on April 9, 2021, and the parties are working through those issues now.

The parties therefore propose extending the current deadlines applicable in this matter by four weeks as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| End of fact discovery period | April 21, 2021 | April 21, 2021, with Georgia Power Company permitted to conduct (1) the deposition of Gabriel Buzas and (2) any additional follow-up and supplementation to previously propounded discovery related to the Finite Element Analysis up through and including May 14, 2021 |
| Disclosure of experts and reports | April 26, 2021 (with parties to offer dates for expert depositions between April 27 and May 25, 2021) | May 24, 2021 (with parties to offer dates for expert depositions between May 25, 2021 and June 22, 2021) |
| Disclosure of rebuttal experts and reports | June 1, 2021 (with parties to offer dates for rebuttal expert depositions between | June 29, 2021 (with parties to offer dates for rebuttal expert depositions between |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| | June 2 and June 25, 2021) | June 30 and July 23, 2021) |
| End of expert discovery period | June 25, 2021 | July 23, 2021 |
| Deadline to file Motions to Compel | June 25, 2021 | July 23, 2021 |
| Deadline to hold post-discovery settlement conference | July 13, 2021 | August 10, 2021 |
| Deadline to file summary judgment motions | July 27, 2021 | August 24, 2021 |
| Deadline to file pretrial order | 30 days after court rules on any pending motions for summary judgment | 30 days after court rules on any pending motions for summary judgment |
| Deadline to file Daubert motions with regard to expert testimony | 30 days after court rules on any pending motions for summary judgment | 30 days after court rules on any pending motions for summary judgment |

This is the second request to modify the Scheduling Order and the request is made in good faith and not for purposes of delay.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendant jointly request that the Court grant their Motion and grant such further relief as this Court deems just and proper.

A proposed Order is attached for the Court's consideration.

Respectfully submitted:   April 14, 2021

| | |
|---|---|
| /s/ *John C. Gekas* | /s/ *Kathleen M. Campbell* |
| John C. Gekas | Thomas E. Reilly |
| john.gekas@saul.com | tom.reilly@troutman.com |
| Admitted *Pro Hac Vice* | Georgia Bar No. 600195 |
| Michael J. Pollock | Kathleen M. Campbell |
| michael.pollock@saul.com | kathleen.campbell@troutman.com |
| Admitted *Pro Hac Vice* | Georgia Bar No. 83969 |
| SAUL EWING ARNSTEIN & LEHR LLP | Thomas Bailey |
| 161 North Clark Street, Suite 4200 | matt.bailey@troutman.com |
| Chicago, Illinois 60601 | Georgia Bar No. 194516 |
| (312) 876-7100 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| James W. Cobb | 3000 Bank of America Plaza |
| jcobb@caplancobb.com | 600 Peachtree Street NE |
| Georgia Bar No. 420133 | Atlanta, Georgia 30308 |
| T. Brandon Waddell | (404) 885-3000 |
| bwaddell@caplancobb.com | |
| Georgia Bar No. 252639 | ***Counsel for Defendant*** |
| CAPLAN | COBB LLP | |
| 75 Fourteenth Street NE Suite 2750 | |
| Atlanta, Georgia 30309 | |
| (404) 596-5601 | |

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

This is to certify that on April 14, 2021, I electronically filed the foregoing **JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES** with the CM/ECF e-filing system, which will automatically send email notification of such filing to attorneys of record.

This 14th day of April, 2021.

/s/ *Kathleen M. Campbell*
Kathleen M. Campbell